IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNWIRED PLANET, INC. (F/K/A OPENWAVE SYSTEMS, INC.)<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORP.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: _____<br>)<br>)<br>)<br>)<br>)<br>) |

**DISCLOSURE STATEMENT OF UNWIRED PLANET, INC.
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Unwired Planet, Inc. ("UP" or "Plaintiff") makes the following disclosures:

**I.     Parent Corporations**

UP has no parent corporation.

**II.    Publicly Held Companies Owning 10% or More of UP's Stock**

There are no publicly held companies owning 10% or more of UP's stock.

- 2 -

| | |
|---|---|
| Dated:  July 22, 2014 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| | /s/ *C. Barr Flinn* |
| | C. Barr Flinn (No. 4092) |
| | Kathaleen S. McCormick (No. 4579) |
| | Pilar G. Kraman (No. 5199) |
| | Rodney Square |
| | 1000 N. King Street |
| | Wilmington, Delaware 19801 |
| | (302) 571-6600 |
| | bflinn@ycst.com |
| | kmccormick@ycst.com |
| | pkraman@ycst.com |
| | |
| *Of Counsel:* | |
| | |
| GOODWIN PROCTER LLP | |
| R. Todd Cronan, No. 542466 | |
| Morgan R. Mordecai, No. 679390 | |
| Exchange Place Boston, MA 02109 | |
| (617) 570-1389 | |
| tcronan@goodwinprocter.com | |
| mmordecai@goodwinprocter.com | |
| | |
| | *Attorneys for Unwired Planet, Inc.* |

01:15800201.1