

WILMINGTON
GEORGETOWN
MIDDLETOWN
NEW YORK

Pilar G. Kraman
P 302.576.3586
F 302.576.3742
pkraman@ycst.com

January 8, 2016

**BY E-FILING**

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Wilmington, DE 19801

Re:   *Unwired Planet, Inc. v. Microsoft Corporation*, C.A. No. 14-967-SLR

Dear Judge Robinson:

In accordance with the Court's Briefing Guidelines in Complex Cases, we are delivering to the Court a disk containing electronic, text searchable copies of the following items electronically filed with the Court in the above-referenced action by Plaintiff Unwired Planet, Inc. The briefs listed below are also hyperlinked to Plaintiff's exhibits cited therein.

1. [SEALED] Plaintiffs' Opening Brief in Support of its Motion for Summary Judgment (D.I. 95)

2. [SEALED] Plaintiff's Appendix in Support of its Motion for Summary Judgment (D.I. 96) (Note: A small number of exhibits contained herein could not be made text searchable without significant impairment of quality due to the nature of the material in the document)

3. [SEALED] Plaintiff's Combined Answering Brief in Opposition to Defendant's Motion for Summary Judgment and Reply Brief in Support of its Motion for Summary Judgment (D.I. 104)

4. [SEALED] Plaintiffs' Supplement Appendix in Support of its Motion for Summary Judgment (D.I. 105)

Counsel are available at the Court's convenience should Your Honor have any questions.

Young Conaway Stargatt & Taylor, LLP
The Honorable Sue L. Robinson
January 8, 2016
Page 2

                                                          Respectfully submitted,

                                                          /s/ *Pilar G. Kraman*

                                                          Pilar G. Kraman (No. 5199)

Enclosure

cc:    Clerk, U.S. District Court (By CM/ECF and Hand Delivery)
        Francis DiGiovanni, Esquire (with enclosure) (By Hand Delivery)
        Counsel of Record (without enclosures) (By CM/ECF and E-mail)