# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNWIRED PLANET, INC. (F/K/A OPENWAVE SYSTEMS, INC.),<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORP.,<br><br>　　　　Defendant. | Civ. No. 14-967-SLR |

## SATISFACTION OF JUDGMENT AND STIPULATION OF DISMISSAL

WHEREAS, on August 22, 2016, the Court entered the Amended Judgment (D.I. 136) in favor of plaintiff Unwired Planet, Inc. ("Unwired Planet") and against defendant Microsoft Corporation ("Microsoft");

WHEREAS, as of September 28, 2016, the parties entered into a Settlement Agreement;

WHEREAS, on October 24, 2016, Microsoft made a payment to Unwired Planet that the parties have agreed constitutes a satisfaction in full of the Amended Judgment and Unwired Planet's rights as the prevailing party in the District Court to its reasonable costs, expenses, and attorneys' fees as described in the Settlement Agreement;

THEREFORE, satisfaction of said Amended Judgment in full is hereby acknowledged by Unwired Planet, and the Clerk of the United States District Court for the District of Delaware is hereby authorized and directed to cancel, satisfy, and discharge the same; and

THEREFORE, the parties stipulate and agree, pursuant to Fed. R. Civ. P. 41, that the case shall be and is dismissed with prejudice.

Dated:  October 27, 2016

| **Young Conaway Stargatt & Taylor, LLP** | **Drinker Biddle & Reath LLP** |
|---|---|
| */s/  Pilar G. Kraman* | */s/  Francis DiGiovanni* |
| C. Barr Flinn (#4092) | Francis DiGiovanni (#3189) |
| Pilar G. Kraman (#5199) | Todd C. Schiltz (#3253) |
| Rodney Square | Thatcher A. Rahmeier (#5222) |
| 1000 N. King Street | 222 Delaware Avenue, Suite 1410 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 571-6600 | (302) 467-4200 |
| bflinn@ycst.com | francis.digiovanni@dbr.com |
| pkraman@ycst.com | todd.schiltz@dbr.com |
|  | thatcher.rahmeier@dbr.com |
| *Of Counsel:* | *Of Counsel:* |
| R. Todd Cronan | Alfred W. Putnam, Jr. |
| Stephanie M. Aronzon | One Logan Square, Ste. 2000 |
| **Goodwin Procter LLP** | Philadelphia, PA 19103-6996 |
| 100 Northern Avenue | (215) 988-2700 |
| Boston, MA 02210 | alfred.putnam@dbr.com |
| (617) 570-1000 |  |
| tcronan@goodwinlaw.com | *Attorneys for Microsoft Corporation* |
| saronzon@goodwinlaw.com |  |
| *Attorneys for Unwired Planet, Inc.* |  |

IT IS SO ORDERED this _____ day of October, 2016.

_____
The Honorable Sue L. Robinson